UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 36615
  BRYBENA JENNINGS
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
  SSN XXX-XX-4875
```

---
## TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/10/05 and confirmed on 11/29/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 29767.18 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BECKET & LEE LLP | UNSECURED | 15149.68 | .00 | 7482.19 |
| BECKET & LEE LLP | UNSECURED | 8915.97 | .00 | 4403.46 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7449.95 | .00 | 3679.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1911.22 | .00 | 943.92 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9859.56 | .00 | 4869.48 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4972.78 | .00 | 2455.98 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4859.71 | .00 | 2400.13 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 53118.87 | .00 | 53118.87 |
| PRINCIPAL PAID | .00 | .00 | 26234.57 | .00 | 26234.57 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 26234.57 | .00 | 26234.57 |

The Debtor's attorney, JOHN C DENT                        , was allowed $   2700.00 and was paid $    400.00  direct and $   2300.00  through the plan.

The Trustee received $   1229.51 .

Refunds to the Debtor totaled $      3.10 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/10/09 /s/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 36615 BRYBENA JENNINGS